IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SANDRA HAPUARACHCHI,

      Appellant,

v.

DON HAPUARACHCHI,

      Appellee.

Case No. 5D22-1402
LT Case No. 2021-DR-000676

_____/

Decision filed October 19, 2022

Appeal from the Circuit Court
for Flagler County,
Christopher A. France, Judge.

Sandra Hapuarachchi, Miami Gardens,
pro se.

William B. White, Flagler Beach, for
Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.